**Cleatus GEARY, Movant, v. Uda G. RENFROW, Opposed.**

February 15, 1949.

Wade & Mapother for movant.
Andrew W. Duncan and Richard C. Oldham opposed.
PER CURIAM.
Appeal denied. Judgment affirmed.

**Charles THOMAS, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

February 18, 1949.

Roy Wilhoit for movant.
A. E. Funk, Attorney General, and William F. Simpson, Assistant Attorney General for opposed.
PER CURIAM.
Appeal denied. Judgment affirmed.

**Beecher MUSE, movant, v. COMMONWEALTH of Kentucky, Opposed.**

February 18, 1949.

Sandusky & Krueger for movant.
A. E. Funk, Attorney General for opposed.
PER CURIAM.

Conviction of movant, Beecher Muse, for selling whiskey in local option territory with an attached fine of $100 and 60 days' confinement in the county jail. Movant's motion for an appeal is denied and the judgment affirmed. See 47 A. J. 525, sec. 39 and 27 A.L.R. 756.